UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEPHUS JACKSON,<br><br>      Plaintiff,<br> v.<br>LUVENIA W. JACKSON, ET AL<br><br><br>      Defendant, | CIVIL ACTION<br>NO. 1:15-CV-00086-CAP |

O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this  26th  day of January, 2015.

                                             s/CHARLES A. PANNELL, JR.
                                            CHARLES A. PANNELL, JR.
                                            United States District Judge