Civil Action No.1:15-CV-0086-SCJ    Cephus Jackson v. Luvenia W. Jackson, et al.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* 1058 5th Avenue, Jonesboro GA 30236 _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 2-5-15

*Server's signature:* [signed]

Elizabeth A. Shepherd, Process Server
*Printed name and title*

5080 Woodland Drive, Kennesaw, GA 30152
*Server's address*

Additional information regarding attempted service, etc: