# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CEPHUS JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>LUVENIA W. JACKSON, Individually And In Her Official Capacity as Superintendent of the Clayton County School District, and the CLAYTON COUNTY SCHOOL DISTRICT,<br><br>    Defendants. | Civil Action File<br>No. 1:15-CV-00086-SCJ<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF APPEARANCE
## OF M. TRAVIS FOUST ON BEHALF OF PLAINTIFF

COMES NOW the undersigned and files this Notice of Appearance on behalf of Plaintiff. It is hereby requested that the Court add M. Travis Foust of Parks, Chesin & Walbert, P.C., as additional counsel of record for Plaintiff. Mr. Foust may be served with all orders, notices and other papers at the address below.

Respectfully submitted this February 9, 2015.

/s/ M. Travis Foust
M. Travis Foust
Georgia Bar No. 104996
tfoust@pcwlawfirm.com

<pre>
                                        A. Lee Parks
                                        Georgia Bar No. 563750
                                        lparks@pcwlawfirm.com
                                        Alexandra "Sachi" Cole
                                        Georgia Bar No. 696892
                                        scole@pcwlawfirm.com
</pre>

PARKS, CHESIN & WALBERT, P.C
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
(404) 873-8000 Telephone
(404) 873-8050 Facsimile
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 9, 2015, the foregoing *Notice of Appearance of M. Travis Foust On Behalf of Plaintiff* was electronically filed with the Clerk of Court using the CM/ECF system, which will send e-mail notification to all attorneys of record.

<pre>
                                        /s/ M. Travis Foust
                                        M. Travis Foust
                                        Georgia Bar No. 104996
                                        tfoust@pcwlawfirm.com
</pre>