

75 14th Street, 26th Floor
Atlanta, GA 30309
T: 404.873.8000  F: 404.873.8050
www.pcwlawfirm.com

Alexandra "Sachi" Cole
scole@pcwlawfirm.com

February 10, 2015

The Honorable Steve C. Jones
United States District Court
  for the Northern District of Georgia
1967 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, GA  30303-3309

>  **Re:** **Cephus Jackson v. Luvenia Jackson, et al.**
>  **Civil Action No. 1:15-CV-00086-SCJ**

Dear Judge Jones:

I write this letter pursuant to 83 (E)(3) of the Local Rules of the Northern District of Georgia, to notify the Court that I am co-counsel in the above referenced matter.  I request a leave of absence from May 4, 2015 through May 15, 2015 for a scheduled family vacation.  I respectfully request that the above case not be calendared during this time.

I have served a copy of this notice to all counsel of record via electronic filing with the Court.

Respectfully,

*s/Alexandra ("Sachi") Cole*

Alexandra ("Sachi") Cole, Esq.
Georgia Bar No. 696892
E-mail:  scole@pcwlawfirm.com

ASC/gfw